SECRET

unsealed

FILED

08 FEB 22 PM 3:33

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury  '08 CR 0509  BEN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JESUS MACIAS (1),<br>　　aka Jessie,<br>JOSE JESUS PERUCH SAENZ (2),<br>　　aka George,<br>　　aka G Unit,<br>JUAN ERNESTO MACIAS, JR. (3),<br>　　aka Johnny,<br>ISABEL QUISTIAN, III (4),<br><br>　　　　　Defendants. | Criminal Case No. _____<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 846 and 841(a)(1) - Conspiracy to Distribute Oxycodone and Hydrocodone Bitartrate; Title 21, U.S.C., Sec. 841(a)(1) - Distribution of Oxycodone and Hydrocodone Bitartate; Title 21, U.S.C., Sec. 841(a)(1) - Possession with Intent to Distribute Oxycodone and Hydrocodone Bitartate; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 21, U.S.C., Secs. 853(a), and 853(p) - Criminal Forfeiture |

The grand jury charges:

INTRODUCTORY ALLEGATIONS

At all times pertinent to this Indictment:

1. Oxycodone was a Schedule II Controlled Substance that cannot be legally sold or distributed without a proper medical prescription.

2. Hydrocodone bitartrate was a Schedule III Controlled Substance that cannot be legally sold or distributed without a proper medical prescription.

TFS:nlv(2):San Diego
2/22/08

3.  Defendant JESUS MACIAS, aka Jessie, was a pharmacy technician at Galloway Pharmacy in San Diego and is not licensed to distribute controlled substances to anyone.

4.  Defendant JOSE JESUS PERUCH SAENZ, aka George, aka G Unit, was a pharmacy technician at Galloway Pharmacy in San Diego who is in charge of ordering pharmaceuticals, including oxycodone and hydrocodone bitartrate. Defendant JOSE JESUS PERUCH SAENZ is not licensed to distribute controlled substances to anyone.

### Count 1

<u>CONSPIRACY TO DISTRIBUTE OXYCODONE AND HYDROCODONE BITARTRATE</u>

[21 U.S.C. §§ 846 and 841(a)(1) and 18 U.S.C. § 2]

5.  The Introductory Allegations contained at paragraphs 1 through 4 above are hereby re-alleged and restated.

<u>THE MANNER AND MEANS OF THE CONSPIRACY</u>

In furtherance of this conspiracy and to effect the objects thereof, defendants JESUS MACIAS, aka Jessie, JOSE JESUS PERUCH SAENZ, aka George, aka G Unit, JUAN ERNESTO MACIAS, JR., aka Johnny, and ISABEL QUISTIAN, III, and others known and unknown to the grand jury, utilized the following manner and means among others:

6.  Defendant JESUS MACIAS, aka Jessie, used his position as a pharmacy technician to obtain and sell distributable quantities of oxycodone and hydrocodone bitartrate. Defendant JESUS MACIAS, aka Jessie, distributed oxycodone and hydrocodone bitartrate to defendants JUAN ERNESTO MACIAS, JR., aka Johnny, ISABEL QUISTIAN, III, and others known and unknown to the grand jury for further distribution.

//
//

7. Defendant JOSE JESUS PERUCH SAENZ, aka George, aka G Unit, used his position as a pharmacy technician to order, obtain, and sell distributable quantities of oxycodone and hydrocodone bitartrate. Defendant JOSE JESUS PERUCH SAENZ, aka George, aka G Unit, ordered and obtained distributable quantities of oxycodone and hydrocodone bitartrate for defendant JESUS MACIAS, aka Jessie, and others known and unknown to the grand jury for further distribution.

8. Defendant JUAN ERNESTO MACIAS, JR., aka Johnny, received distributable quantities oxycodone and hydrocodone bitartrate from defendant JESUS MACIAS, aka Jessie, and sold oxycodone and hydrocodone bitartrate to others for further distribution.

9. Defendant ISABEL QUISTIAN, III received distributable quantities oxycodone and hydrocodone bitartrate from defendants JESUS MACIAS, aka Jessie, and JUAN ERNESTO MACIAS, JR., aka Johnny, for further distribution.

## CONSPIRACY TO DISTRIBUTE OXYCODONE AND HYDROCODONE BITARTRATE

10. Beginning on a date unknown to the grand jury and continuing up to the date of this Indictment, within the Southern District of California, and elsewhere, defendants JESUS MACIAS, aka Jessie, JOSE JESUS PERUCH SAENZ, aka George, aka G Unit, JUAN ERNESTO MACIAS, JR., aka Johnny, and ISABEL QUISTIAN, III, did knowingly and intentionally conspire together with each other and with other persons known and unknown to the grand jury to distribute oxycodone tablets, a Schedule II Controlled Substance, and hydrocodone bitartrate tablets, a Schedule III controlled substance; in violation of Title 21, United States Code, Sections 846 and 841(a)(1), and Title 18, United States Code, Section 2.

//

## Count 2

### DISTRIBUTION OF OXYCODONE AND HYDROCODONE BITARTRATE

[21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2]

11. The Introductory Allegations contained at paragraphs 1 through 4, and the Manner and Means at paragraphs 6 to 9 are hereby re-alleged and restated.

12. On or about July 27, 2007, within the Southern District of California, defendants JESUS MACIAS, aka Jessie, JOSE JESUS PERUCH SAENZ, aka George, aka G Unit, JUAN ERNESTO MACIAS, JR., aka Johnny, did knowingly and intentionally distribute approximately 200 oxycodone tablets (approximately 16 grams of oxycodone), a Schedule II Controlled Substance, and approximately 1,018 hydrocodone bitartrate tablets, a Schedule III Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## Count 3

### DISTRIBUTION OF OXYCODONE AND HYDROCODONE BITARTRATE

[21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2]

13. The Introductory Allegations contained at paragraphs 1 through 4, and the Manner and Means at paragraphs 6 to 9 are hereby re-alleged and restated.

14. On or about September 29, 2007, within the Southern District of California, defendants JESUS MACIAS, aka Jessie, JOSE JESUS PERUCH SAENZ, aka George, aka G Unit, and JUAN ERNESTO MACIAS, JR., aka Johnny, did knowingly and intentionally distribute approximately 200 oxycodone tablets (approximately 16 grams of oxycodone), a Schedule II Controlled Substance, and approximately 4,000 hydrocodone bitartrate tablets, a Schedule III Controlled Substance; in violation

of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## Count 4

### DISTRIBUTION OF OXYCODONE AND HYDROCODONE BITARTRATE

[21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2]

15. The Introductory Allegations contained at paragraphs 1 through 4, and the Manner and Means at paragraphs 6 to 9 are hereby re-alleged and restated.

16. On or about October 7, 2007, within the Southern District of California, defendants JESUS MACIAS, aka Jessie, JOSE JESUS PERUCH SAENZ, aka George, aka G Unit, and JUAN ERNESTO MACIAS, JR., aka Johnny, did knowingly and intentionally distribute approximately 300 oxycodone tablets (approximately 24 grams of oxycodone), a Schedule II Controlled Substance, and approximately 3,000 hydrocodone bitartrate tablets, a Schedule III Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## Count 5

### POSSESSION WITH INTENT TO DISTRIBUTE OXYCODONE AND HYDROCODONE BITARTRATE

[21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2]

17. The Introductory Allegations contained at paragraphs 1 through 4, and the Manner and Means at paragraphs 6 to 9 are hereby re-alleged and restated.

18. On or about October 7, 2007, within the Southern District of California, defendant ISABEL QUISTIAN, III, did knowingly and intentionally possess with intent to distribute approximately 300 oxycodone tablets (approximately 24 grams of oxycodone), a

Schedule II Controlled Substance, and approximately 3,000 hydrocodone bitartrate tablets, a Schedule III Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### Count 6

### DISTRIBUTION OF OXYCODONE AND HYDROCODONE BITARTRATE

[21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2]

19. The Introductory Allegations contained at paragraphs 1 through 4, and the Manner and Means at paragraphs 6 to 9 are hereby re-alleged and restated.

20. On or about October 12, 2007, within the Southern District of California, defendants JESUS MACIAS, aka Jessie, JOSE JESUS PERUCH SAENZ, aka George, aka G Unit, and JUAN ERNESTO MACIAS, JR., aka Johnny, did knowingly and intentionally distribute approximately 400 oxycodone tablets (approximately 32 grams of oxycodone), a Schedule II Controlled Substance, and approximately 2,000 hydrocodone bitartrate tablets, a Schedule III Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### Count 7

### DISTRIBUTION OF OXYCODONE

[21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2]

21. The Introductory Allegations contained at paragraphs 1 through 4, and the Manner and Means at paragraphs 6 to 9 are hereby re-alleged and restated.

22. On or about December 3, 2007, within the Southern District of California, defendants JESUS MACIAS, aka Jessie, JOSE JESUS PERUCH SAENZ, aka George, aka G Unit, and JUAN ERNESTO MACIAS, JR.,

aka Johnny, did knowingly and intentionally distribute approximately 300 oxycodone tablets (approximately 24 grams of oxycodone), a Schedule II Controlled Substance in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### Count 8

### DISTRIBUTION OF OXYCODONE

[21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2]

23. The Introductory Allegations contained at paragraphs 1 through 4, and the Manner and Means at paragraphs 6 to 9 are hereby re-alleged and restated.

24. On or about January 23, 2008, within the Southern District of California, defendants JESUS MACIAS, aka Jessie, JOSE JESUS PERUCH SAENZ, aka George, aka G Unit, and JUAN ERNESTO MACIAS, JR., aka Johnny, did knowingly and intentionally distribute approximately 200 oxycodone tablets (approximately 16 grams of oxycodone), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 through 8 are realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America.

2. As a result of the commission of the felony offenses alleged in Counts 1 through 8 said violations being punishable by imprisonment for more than one year, and pursuant to Title 21, United States Code, Section 853(a)(1), defendants JESUS MACIAS, JOSE JESUS PERUCH SAENZ, JUAN ERNESTO MACIAS, JR., and ISABEL QUISTIAN, III shall, upon

conviction forfeit to the United States, all rights, title, and interest in any and all property obtained directly or indirectly as a result of said violations. All in violation of Title 21, United States Code, Section 853.

3. As a result of the commission of the felony offenses alleged in Counts 1 through 8, said violation being punishable by imprisonment for more than one year, and pursuant to Title 21, United States Code, Section 853(a)(2), defendants JESUS MACIAS, JOSE JESUS PERUCH SAENZ, JUAN ERNESTO MACIAS, JR., and ISABEL QUISTIAN, III shall, upon conviction forfeit to the United States, all rights, title, and interest in any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations alleged in Counts 1 through 8 of this Indictment. All in violation of Title 21, United States Code, Section 853.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendants –

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third person;

    (3) has been placed beyond the jurisdiction of the Court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be subdivided without difficulty;

//
//
//
//
//

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of the defendants up to the value of said property listed above as being subject to forfeiture.

DATED: February 22, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
TIMOTHY F. SALEL
Assistant U.S. Attorney