AO 442

FI# no. 145345-7

SECRET

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Jose Jesus Peruch Saenz(2),
aka George,
aka G Unit

2008 MAR 12 AM 8:28

**WARRANT FOR ARREST**

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

CASE NUMBER: 08cr0509-002-BEN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     Jose Jesus Peruch Saenz(2), aka George, aka G Unit
                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition
                                                                                                [ ] Pretrial Violation

charging him or her with (brief description of offense)

21:846 and 841(a)(1) - Conspiracy to Distribute Oxycodone and Hydrocodone Bitartrate;
21:841(a)(1) - Distribution of Oxycodone and Hydrocodone Bitartrate;
21:841(a)(1) - Possession with Intent to Distribute Oxycodone and Hydrocodone Bitartrate;
18:2 - Aiding and Abetting;   21:853(a), and 853(p) - Criminal Forfeiture;

RECEIVED 2008 FEB 25 A 11:31 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title _____ See Above _____ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.
Name of Issuing Officer

[Signature]
Signature of Deputy

Clerk of the Court
Title of Issuing Officer

February 25, 2008    San Diego, CA
Date and Location

Bail fixed at $ _____

DATE 3/6/08
ARRESTED BY DEA

by _____ The Honorable William McCurine, Jr.
Name of Judicial Officer

STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY [signature]     RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS I Z

DEA

3599