# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER __08CR0511-BEN__ |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Jose Jesus Peruch Saenz (1) | ) | Booking No. __07775298__ |

**TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:**

Be advised that under date of __3-13-08__
the Court entered the following order:

__X__ Defendant be released from custody. (as to this case)

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__X__ Defendant released on $ __15,000 P/S__ bond posted. in this action & jointly w/ 08CR0509-BEN

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

**CATHY ANN BENCIVENGO**
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.  Clerk
by
_____
Deputy Clerk

Received _____ DUSM

Crim-9  (Rev 6-95)                              ★ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**