PS 8
(8/88)

FILED
08 MAR 24 PM 2:06
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA

_____ DEPUTY

U. S. A. vs. SAENZ, JOSE PERUCHO                                   Docket No. 08CR0509BEN–01
                                                                                              08CR0511BBEN-001

## Petition for Action on Conditions of Pretrial Release

Comes now Eleonor Ruiz Pretrial Services Officer presenting an official report upon the conduct of defendant SAENZ, JOSE PERUCHO who was placed under pretrial release supervision by the Honorable Cathy Ann Bencivengo sitting in the court at San Diego, on the 6 day of March 2008, under the following conditions:

Restrict travel to Southern District of California; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; actively seek and maintain full-time employment, schooling, or combination both; execute a personal appearance bond in the amount of $30K Secured by: co-signed by 2 financially responsible (related) adults, and reside with family or surety. On March 13, 2008, Judge Bencivengo modified the bond to a $15,000 personal appearance bond, co-signed by two financially responsible adults.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1. At the post release interview with Pretrial Services, the defendant admitted to abusing vicodin, a pain medication, without a lawful medical prescription and using vicodin the day before his arrest.

**PRAYING THAT THE COURT WILL MODIFY THE DEFENDANT'S CONDITIONS OF RELEASE TO INCLUDE DRUG TESTING AND/OR TREATMENT AS DIRECTED BY PRETRIAL SERVICES.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 21st day of March, 2008 and ordered filed and made a part of the records in the above case. | Executed on: 03/20/08 |
| _____ U.S. District Judge Roger T. Benitez | Respectfully, _____ Eleonor Ruiz, U.S. Pretrial Services Officer |
| **CATHY ANN BENCIVENGO** **U.S. MAGISTRATE JUDGE** | Place   San Diego, California Date   03/20/08 |