**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. vs   JESUS MACIAS, ET AL. (DEFENDANTS 1-4)                    No.   08CR0509-BEN

The Court finds excludable delay, under the section indicated by check ( ✓ ),
commenced on _____6-9-2008_____ and ended on _____9-15-2008_____.

___3161(h)___

___(1)(A)       Exam or hrg for **mental or physical incapacity**                          A

___(1)(B)       **NARA exam**ination (28:2902)                                             B

___(1)(D)       State or Federal trials or **other charges pending**                       C

___(1)(E)       **Interlocutory appeals**                                                  D

___(1)(F)       **Pretrial motions** (from flg to hrg or other prompt dispo)              E

___(1)(G)       **Transfers from other district** (per FRCrP 20, 21 & 40)                 F

___(1)(J)       **Proceedings under advisement** not to exceed thirty days                G

___            Misc proc:  Parole or prob rev, deportation, **extradition**               H

___(1)(H)       **Transportation** from another district or to/from examination           6
                or hospitalization in ten days or less

___(1)(I)       Consideration by Court of **proposed plea agreement**                      7

___(2)          **Prosecution deferred** by mutual agreement                              I

___(3)(A)(B)    **Unavailability of defendant** or **essential witness**                  M

___(4)          Period of **mental or physical incompetence** of defendant to             N
                stand trial

___(5)          Period of **NARA commitment or treatment**                                O

___(6)          **Superseding indictment and/or new charges**                             P

___(7)          **Defendant awaiting trial of co-defendant** when no severance            R
                has been granted

___(8)(A)(B)    **Continuances** granted per (h)(8)-use "T" alone if more than             T
                one of the reasons below are given in support of continuance

___(8)(B)(i)(1) Failure to **continue** would stop further proceedings or                 T1
                result in **miscarriage of justice**

_X_(8)(B)(ii)   2) **Case** unusual or **complex**                                        (T2)

___(8)(B)(iii)  3) **Indictment** following arrest **cannot be filed** in                 T3
                thirty (30) days

___(8)(B)(iv)   4) **Continuance** granted in order to obtain or **substitute**           T4
                counsel, or give reasonable time to prepare

___3161(I)      Time up to **withdrawal of guilty plea**                                  U

___3161(b)      **Grand jury indictment time extended** thirty (30) more days             W

Date __6/12/08__                                        _____
                                                            Judge's Initials