Ezekiel E. Cortez
CA Bar No. 112808
The Executive Complex
1010 Second Avenue,
Suite 1850, San Diego, CA 92101
Tel  (619)237-0309 Fax (619)237-8052
Attorney for Defendant: Jose Jesus Peruch Saenz

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
## (THE HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES GOVERNMENT,         ) | Case No. 08CR-509-BEN |
|                                   ) | 08CR-511-BEN |
| Plaintiff,                        ) | |
|                                   ) | **AKNOWLEDGMENT OF** |
| vs.                               ) | **NEXT COURT DATE** |
|                                   ) | |
| JOSE JESUS PERUCH SAENZ,          ) | |
|                                   ) | |
| Defendant,                        ) | |
|                                   ) | |
|                                   ) | |

The defendant, Jose Jesus Peruch Saenz, by and through his counsel of record, Ezekiel E. Cortez, hereby acknowledges that his next court date is December 2, 2008 at 2:00 p.m., at which time he will appear before this Court for motions in the above entitled matter.


Dated: 9/2/08                    /S/ Ezekiel E. Cortez
                                 EZEKIEL E. CORTEZ
                                 Attorney for Defendant
                                 Jose Jesus Peruch Saenz

---

*Acknowledgment of Next Court Date, U.S. v. Saenz,* **08CR-509-BEN**

**1**

Ezekiel E. Cortez
CA Bar No. 112808
The Executive Complex
1010 Second Avenue,
Suite 1850, San Diego, CA 92101
Tel (619)237-0309 Fax (619)237-8052
Attorney for Defendant: Jose Jesus Peruch Saenz

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(THE HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES GOVERNMENT, | Case No. 08CR-509-BEN |
| Plaintiff, | 08CR-511-BEN |
| vs. | **DEFENDANT'S SIGNED AKNOWLEDGMENT OF NEXT COURT DATE** |
| JOSE JESUS PERUCH SAENZ, | |
| Defendant, | |

I, Jose Jesus Peruch Saenz, hereby acknowledge that my next court date is December 2, 2008 at 2:00 p.m., at which time I will appear before this Court for motions in the above entitled matter.

Dated: 9/2/08

_____
Jose Jesus Peruch Saenz

---

*Defendant's Signed Acknowledgment of Next Court Date, U.S. v. Saenz,* 08CR-509-BEN

1

EZEKIEL E. CORTEZ
California State Bar # 112808
The Executive Complex
1010 Second Avenue, Suite 1850
San Diego, California  92101
(619) 237-0309

# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
# (THE HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| United States of America,            )<br>                                                    )<br>         Plaintiff,                            )<br>                                                    )<br>     vs.                                         )<br>                                                    )<br> JOSE JESUS PERUCH SAENZ, )<br>                                                    )<br>         Defendant,                         )<br>                                                    )<br>                                                    )<br>_____) | Case No. 08-CR-509-BEN<br>            08-CR-511-BEN<br><br>**PROOF OF SERVICE** |

I, the undersigned, hereby declare as follows:

1. I am over 18 years of age, a resident of the County of San Diego, State of California, counsel for the Defendant and that my address is 1010 Second Avenue, Suite 1850, San Diego, CA 92101;

2. That today I served the Defendant's Acknowledgment of Next Court Date on opposing counsel by causing to be delivered by e-filing to the Office of the Clerk; and that I mailed a copy to Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 2, 2008                         /S/Ezekiel E. Cortez
                                                                 Ezekiel E. Cortez

---

*Acknowledgment of Next Court Date, U.S. v. Saenz,* **08CR-509-BEN**

**2**